| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | PHILIP A. FERRARI |
| | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, California  95814 |
| 4 | Telephone: (916) 554-2744 |

FILED

AUG 03 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:           )   S.W. NO.: 2:09-SW-0136-GGH
                                          )
171 Penhow Circle,                        )
Sacramento, California                    )   ORDER
                                          )
                                          )
                                          )
                                          )
                                          )
_____)

The government's request to unseal the Search Warrant and this case is GRANTED.

SO ORDERED:

DATED: August 3, 2012

_____
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge